```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 08174
    DARREN BLAKE
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-5680


------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 07/11/2006 and was confirmed 09/11/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 06/26/2007.
------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------
ARONSON FURNITURE         SECURED              563.00        17.15         563.00
ARONSON FURNITURE         UNSECURED             63.53          .00           6.35
UNITED AUTO CREDIT CORP   SECURED             7425.00       401.20        7425.00
UNITED AUTO CREDIT CORP   UNSECURED           1965.21          .00         196.52
ILLINOIS TITLE LOAN       SECURED                 .00          .00             .00
INTERNAL REVENUE SERVICE  PRIORITY           12160.39          .00       12160.39
APPLIED CARD BANK         UNSECURED         NOT FILED          .00             .00
ASPIRE                    UNSECURED             823.34         .00          82.33
BANK ONE                  UNSECURED         NOT FILED          .00             .00
CAPITAL ONE BANK          UNSECURED         NOT FILED          .00             .00
CITY OF CHICAGO PARKING   UNSECURED             785.50         .00          78.55
COMCAST                   UNSECURED         NOT FILED          .00             .00
HSBC/CARSONS              UNSECURED         NOT FILED          .00             .00
HARLEM FURNITURE          UNSECURED         NOT FILED          .00             .00
INTERNAL REVENUE SERVICE  UNSECURED           3196.65          .00         319.67
ASPIRE                    UNSECURED            699.23          .00          69.92
ROBERT J SEMRAD & ASSOC   REIMBURSEMENT        125.25          .00         125.25
ILLINOIS DEPT OF REVENUE  UNSECURED            901.18          .00          90.12
ILLINOIS DEPT OF REVENUE  PRIORITY             149.26          .00         149.26
B-LINE/FIRST NATIONAL BA  UNSECURED            528.33          .00          52.83
UNITED AUTO CREDIT CORP   SECURED NOT I       9390.21          .00             .00
PAYDAY LOAN STORE         SECURED VEHIC        700.00        33.09         700.00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY        2,850.00                    2,850.00
TOM VAUGHN                TRUSTEE                                        1,653.94
DEBTOR REFUND             REFUND                                            25.42

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS         DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                 26,999.99


               PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 08174 DARREN BLAKE
```

```
PRIORITY                                                  12,434.90
SECURED                                                    8,688.00
    INTEREST                                                 451.44
UNSECURED                                                    896.29
ADMINISTRATIVE                                             2,850.00
TRUSTEE COMPENSATION                                       1,653.94
DEBTOR REFUND                                                 25.42
                                    ---------------   ---------------
TOTALS                                    26,999.99         26,999.99
```

  Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
  Dated: 02/28/08                   _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE